# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 10-230 ODW(DTBx) | Date | January 7, 2011 |
|---|---|---|---|
| Title | Mary Ingebrand-Pohlad v. Edenhurst Gallery | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** Order to Show Cause re Case Settlement

The Court is in receipt of the Notice of Settlement [24] filed January 6, 2011.The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, April 11, 2011 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Order to Show Cause re Dismissal for Failure to File Pretrial Documents is DISCHARGED.

The Jury Trial scheduled for February 1, 2011 at 9:00 a.m. is VACATED, as are all other pretrial hearing dates and filing deadlines. Failure to finalize settlement will result in an immediate resetting of the Jury Trial with an accelerated schedule of pretrial hearing dates and filing deadlines.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |