# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARY INGEBRAND-POHLAD, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>EDENHURST GALLERY, a California Corporation,<br><br>Defendant. | Case No. EDCV 10-00230 ODW (DTBx)<br><br>[*Reassigned to the Honorable District Judge Otis D. Wright, II, Dept. 11*]<br><br>**ORDER VACATING DISMISSAL; JUDGMENT**<br><br>Complaint Filed: February 12, 2010 |

Pursuant to the parties' Stipulation filed June 16, 2011 and the Order Re: Dismissal of Action entered April 8, 2011 [Docket No. 30], it is ordered that the dismissal of this action be vacated.

Judgment is hereby entered in favor of Plaintiff Mary Ingebrand-Pohlad and against Defendant Edenhurst Gallery, a California corporation, in the amount of $215,000.00.

Dated: June 28, 2011

HON. OTIS D. WRIGHT
United States District Court Judge

60484846.1

ORDER VACATING DISMISSAL; JUDGMENT